The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



Russ Kendig
United States Bankruptcy Judge

**Dated: 09:51 AM September 24, 2021**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

In Re: Anthony W. & Merrianne Manion,   Case No. 21-60998

Debtors   Chapter 7

Judge Russ Kendig

### ORDER TO CONVERT CASE TO CHAPTER 13
### PURSUANT TO 11 U.S.C. §706(a)

This matter came on for consideration upon Debtors' motion to convert case to Chapter 13 pursuant to 11 U.S.C. §706(a). No responsive pleading was filed. The Court finds that Debtors have not previously converted this case, and finds the case eligible to be converted to Chapter 13 pursuant to 11 U.S.C. §706. The Court therefore finds the motion to be well taken and hereby grants same.

**IT IS SO ORDERED THAT THIS CASE IS HEREBY CONVERTED TO CHAPTER 13.**

###

Submitted by:

/s/ Debra E. Booher
Debra E. Booher (#0067804)
Debra Booher & Associates Co., LPA
Attorneys for Debtors
debra@bankruptcyinfo.com
1350 Portage Trail
Cuyahoga Falls, Ohio 44223
Tel 330.253.1555  Fax 330.253.1599

**COPIES TO:**

The U.S. Trustee (via ECF)
Trustee Anne Piero Silagy (via ECF)
Debra Booher, Counsel for Debtors (via ECF)
Anthony W. & Merrianne Manion, 220 Wyandotte Trail SW, Hartville, OH  44632, Debtors (via regular mail)