# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **Anthony & Merrianne Manion,** | ) | **CASE NO. 21-60998** |
| | ) | |
| **Debtors.** | ) | **Chapter 13** |
| | ) | |
| | ) | **Judge Kendig** |

## MODIFICATION OF CHAPTER 13 PLAN

Now come Debtors, by and through counsel, and state as follows:

1. Debtors' Chapter 13 Plan was filed on July 22, 2021 and confirmed on December 13, 2021.

2. Debtor-husband has been on medical leave from his job since mid-December 2021 due to an injury that resulted in a septic infection. He does not have short term disability, and has not been released back to work.

3. Debtors' payments to the Chapter 13 Trustee shall be suspended for the time period of January 1, 2022 through February 28, 2022.

4. Debtors shall resume payments to the Chapter 13 Trustee on or before March 1, 2022.

5. Debtors' Plan is currently scheduled for an estimated 60 months. Debtors intend to extend payments for an additional two (2) months to the Chapter 13 Trustee (if necessary) upon resumption of payments so as to be able to complete the Plan within the requirements provided by 11 U.S.C. §1329(c).

6. Trustee is authorized and directed to return said funds received during the suspension period directly to debtors, if applicable.

    Respectfully submitted:

/s/ Debra Booher
Debra Booher (0067804)
Debra Booher & Associates Co., LPA
Attorneys for Debtors
1350 Portage Trail
Cuyahoga Falls, OH 44223
Tel. 330.253.1555 Fax 330-253-1599

charlotte@bankruptcyinfo.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **Anthony & Merianne Manion,** | ) | CASE NO. 21-60998 |
| | ) | |
| **Debtors.** | ) | Chapter 13 |
| | ) | |
| | ) | Judge Kendig |

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN**

Debtors have filed papers with the court to modify their Chapter 13 plan.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy Case. (If you do not have an attorney you may wish to consult one.)

If you want the Court to consider your views on the Modification, then on or before **February 4, 2022** you or your attorney must file with the Court a written response (objection) explaining your position at:

**U.S. Bankruptcy Court**
**401 McKinley Avenue SW**
**Canton, OH 44702**

If you mail your Response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| **Dynele L. Schinker-Kuharich, Trustee** | **Debra Booher & Assoc. Co., LPA** |
| **200 Market Avenue North** | **1350 Portage Trail** |
| **Suite 30** | **Cuyahoga Falls, Ohio 44223** |
| **Canton, OH 44702** | |

If you or your attorney do not take these steps, the Modification will become immediately effective.

| | |
|---|---|
| January 14, 2022 | /s/ Debra Booher |
| Date | Debra Booher (0067804) |
| | Debra Booher & Assoc. Co., LPA |
| | Attorneys for the Debtors |
| | 1350 Portage Trail |
| | Cuyahoga Falls, Ohio 44223 |
| | Tel (330) 253-1555 Fax (330) 253-1599 |
| | charlotte@bankruptcyinfo.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically transmitted on or about **January 14, 2022** the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

U.S. Trustee at: (Registered address)@usdoj.gov
Dynele Schinker-Kuharich, Trustee at: DLSK@Chapter13Canton.com,
dschinkerkuharich@ecf.epiqsystems.com

I further hereby certify that a copy of the foregoing was mailed on **January 14, 2022** by regular U.S. Mail (unless otherwise noted) to the following parties:

All Creditors per the attached list

/s/ Debra Booher
Debra Booher (0067804)
Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 21-60998-rk<br>Northern District of Ohio<br>Canton<br>Thu Jan 13 16:50:40 EST 2022 | ACAR Leasing Ltd. d/b/a GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096-3853 | Ally Bank, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Eagle Loan Company of Ohio, Inc.<br>PO Box 54927<br>Cincinnati, OH 45254-0927 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | myCUmortgage, LLC<br>c/o Dinsmore & Shohl LLP<br>255 East Fifth Street<br>Suite 1900<br>Cincinnati, OH 45202-4720 |
| United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 | 1 My CU Mortgage<br>PO Box 341344<br>Dayton, OH 45434-1344 | AT&T Corp.<br>%AT&T Services, Inc.<br>Karen A Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| AT&T U-verse<br>PO Box 5014<br>Carol Stream, IL 60197-5014 | AT&T U-verse<br>c/o Sequium Asset Solutions<br>1130 Northchase Pkwy<br>Marietta, GA 30067-6413 | Akron Children's Hospital<br>PO Box 1757<br>Akron, OH 44309-1757 |
| Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 | Atty. General of US<br>c/o Department of Justice<br>Tax Div. Civil Trail, Northern<br>P.O. Box 55, Ben Franklin Station<br>Washington, DC 20044-0055 | Capital One<br>Attn: Bankruptcy Department<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Citi/Best Buy<br>Attn: Bankruptcy Dept.<br>PO Box 6062<br>Sioux Falls, SD 57117 | Citi/Sears<br>Attn: Bankruptcy Dept.<br>PO Box 6062<br>Sioux Falls, SD 57117 |
| Citi/The Home Depot<br>Attn: Bankruptcy Dept.<br>PO Box 6062<br>Sioux Falls, SD 57117 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Cleveland Clinic<br>PO Box 89410<br>Cleveland, OH 44101-6410 |
| Comenity Bank/Torrid<br>Bankruptcy Dept.<br>PO Box 182125<br>Columbus, OH 43218-2125 | ECMC<br>111 Washington Avenue<br>Minneapolis, MN 55401 | ECMC<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 |
| Eagle Loan<br>2432 W State Street<br>Alliance, OH 44601-5601 | GM Financial<br>PO Box 181145<br>Arlington, TX 76096-1145 | Hanger Prosthetics Orthotics<br>1 Canal Square, Ste 140<br>Akron, OH 44308-1026 |
| Hanger Prosthetics Orthotics<br>c/o Tek-collect Inc<br>PO Box 1269<br>Columbus, OH 43216-1269 | IRS Special Procedures<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kay Jewelers/Genesis Financial<br>PO Box 4485<br>Beaverton, OR 97076-4485 |

| | | |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | (p)U S ATTORNEY'S OFFICE<br>ATTN BANKRUPTCY UNIT<br>801 WEST SUPERIOR AVE SUITE 400<br>CLEVELAND OH 44113-1852 |
| Ohio Anesthesia Group<br>Dept. 781589<br>PO Box 78000<br>Detroit, MI 48278-0001 | Ohio Head Neck<br>2821 N Holland Sylvania Rd<br>Toledo, OH 43615-1851 | Ohio Specialty Surgery Center<br>7442 Frank Avenue<br>North Canton, OH 44720-7022 |
| One Main Financial<br>PO Box 1010<br>Evansville, IN 47706-1010 | Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Seven Seventeen Credit Union<br>3181 Larchmont Ave.<br>Warren, OH 44483-2498 |
| Spectrum Orthopaedics<br>7442 Frank Avenue NW<br>North Canton, OH 44720-7022 | (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Sprint Corp.<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Synchrony Bank/Value City Furniture<br>Bankruptcy Department<br>PO Box 965064<br>Orlando, FL 32896-5064 | (p)TEAM RECOVERY INC<br>PO BOX 1643<br>STOW OH 44224-0643 | Tri-County Medical Services, Inc.<br>855 W. Maple Street, Suite 120<br>Hartville, OH 44632-7601 |
| myCUmortgage, LLC<br>PO Box 341344<br>Beavercreek OH 45434-1344 | Anthony W. Manion<br>220 Wyandotte Trail SW<br>Hartville, OH 44632-8769 | Debra E. Booher<br>1350 Portage Trail<br>Cuyahoga Falls, OH 44223-2105 |
| Dynele L Schinker-Kuharich<br>Office of the Chapter 13 Trustee<br>200 Market Avenue North, Ste. LL30<br>Canton, OH 44702-1435 | Merrianne Manion<br>220 Wyandotte Trail SW<br>Hartville, OH 44632-8769 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Office of US Attorney<br>Carl B. Stokes US Courthouse<br>801 W. Superior Ave. #400<br>Cleveland, OH 44113-1852 | Sprint<br>Attn: Bankruptcy Department<br>6391 Sprint Parkway<br>Overland Park, KS 66251 | (d)Sprint<br>PO Box 629023<br>El Dorado Hills, CA 95762 |
| Team Recovery<br>3928 Clock Pointe Trail<br>Stow, OH 44224 | | |